Terri L. CARLSON, Plaintiff–
Appellant,

v.

Thomas E. WHITE, Secretary of the
Army, Defendant–Appellee.

No. 04–41456.

United States Court of Appeals,
Fifth Circuit.

Decided June 3, 2005.

Terri L. Carlson, Galveston, TX, pro se.

Vernon Lydell Lewis, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Terri L. Carlson appeals the district court's orders granting a motion to dismiss and a motion for summary judgment. In her complaint, Carlson alleged that: (1) she was denied access to family medical leave in violation of the Family Medical Leaves Act ("FMLA"); (2) she was denied accommodation in violation of the Americans with Disabilities Act ("ADA"); and (3) she was denied promotion and training because of her sex. The district court properly dismissed these claims. Federal employees with more than twelve months of service do not have a private right of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

action for FMLA violations. *See* 5 U.S.C. § 6381–6387. Carlson is precluded from bringing her ADA claim because she had already brought a claim through a "negotiated grievance procedure." *See* 29 C.F.R. § 1614.301(a). Finally, Carlson's Title VII claims fail because she failed to exhaust her administrative remedies. *See Randel v. United States Department of the Navy,* 157 F.3d 392, 395 (5th Cir.1998) (citing *Brown v. Gen. Serv. Admin.,* 425 U.S. 820, 832, 96 S.Ct. 1961, 48 L.Ed.2d 402 (1976)).

Accordingly, the orders granting a motion to dismiss and summary judgment are AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.